# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02237-RPM-MEH

**PSF ELECTRIC, INC., d/b/a**
**COMMERCE CITY ELECTRIC,**

      Plaintiff,

v.

**INTERNATIONAL BROTHERHOOD OF ELECTRICAL**
**WORKERS (IBEW), Local Union No. 68,**

      Defendant.

**ORDER OF DISMISSAL**

THIS MATTER having come before the Court on the parties' stipulation of dismissal of this action with prejudice under Rule 41(a)(1) of the Federal Rules of Civil Procedure, and the Court being fully advised in the premises, does hereby APPROVE the parties' stipulation and ORDER the dismissal of this action with prejudice, each party to bear its own costs and attorney fees.

DATED: June 19th, 2007.

      BY THE COURT:

      s/Richard P. Matsch

      _____
      U.S. District Court Judge